**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 19, 2015**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00801-CV

## KIDIZONE INC., Appellant

### V.

## ROHAN STANLEY AND TRACIE GEORGE, INDIVIDUALLY AND AS NEXT FRIENDS OF RAYNE STANLEY, DECEASED, Appellees

**On Appeal from the 11th District Court
Harris County, Texas
Trial Court Cause No. 2014-20143**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 15, 2014. On March 11, 2015, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Jamison, Busby and Brown.